UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE E. WILLIAMS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT NEUSCHMID,<br><br>　　　　　Respondent. | No. 2:18-cv-1499 TLN CKD P<br><br><br><br>ORDER |

Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 12) is granted; and

2. Petitioner shall file and serve a traverse on or before October 16, 2018.

Dated: September 6, 2018

　　　　　　　　　　　　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

12/will1499.111